## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jon R. Morgan, individually and on behalf of
all others similarly situated,

Case No. 1:19-CV-10910-ER

Plaintiff,

-against-

Breville USA, Inc.,

Defendant.

## STIPULATION TO DISMISS CASE

WHEREAS Plaintiff Jon R. Morgan and Defendant Breville USA, Inc. (collectively, the

"Parties") have negotiated a settlement of this matter;

WHEREAS The Parties entered into a settlement agreement, fully executed on May 11,

2021, which provided for the Parties to complete certain performances under the agreement, after

which time the agreement contemplated that this case will be dismissed;

WHEREAS The Parties agree that both Parties have completed the performances

required prior to dismissal of this case under the settlement agreement;

The Parties, by and through their attorneys, hereby stipulate and move this Honorable

Court to order a dismissal of this case, with prejudice. The Parties have agreed that each side

shall bear its own costs, fees, and expenses.

Dated: July 30, 2021

Jonathan Shalom
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 13375
Tel.: 718-971-9474
jonathan@shalomlawny.com
*Attorneys for Plaintiff Jon R. Morgan*

Respectfully submitted,

August T. Horvath
Foley Hoag LLP
1301 Sixth Avenue, 25th Floor
New York, New York 10019
Tel.: (646) 927-5500
ahorvath@foleyhoag.com
*Attorneys for Defendant Breville USA Inc.*

FH5314348.1

SO ORDERED:

Dated: New York, New York
August 2, 2021

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE